# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| FIRST CITIZENS BANK ) <br> AND TRUST COMPANY, INC. ) <br>  ) <br> Plaintiff, ) <br>  ) <br> v. ) <br>  ) <br> SCANTECH HOLDINGS LLC, ) <br> IDENTIFICATION BEAM ) <br> SYSTEMS LLC, ) <br> DANIEL B. COWART, ) <br> JOHN REDMOND, ) <br> JAMES A. BLACKWELL, and ) <br> DOLAN P. FALCONER, ) <br>  ) <br> Defendants. ) <br> _____) | CIVIL ACTION <br> FILE NO. 1:11-cv-00196-RWS |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the Release and Settlement Agreement dated May 19, 2011 executed by Plaintiff and Defendants, the parties hereby stipulate that Plaintiff First Citizens Bank and Trust Company, Inc. dismisses with prejudice its claims against Defendants ScanTech Holdings LLC, Identification Beam Systems LLC, Daniel B. Cowart, John Redmond, James A. Blackwell, and Dolan P. Falconer.  The parties further stipulate that each party shall be responsible for bearing their own expenses, costs of litigation and attorney's fees.

Respectfully submitted, this 10th day of June, 2011.

| | |
|---|---|
| By:__/s/ Lisa Wolgast_____ <br> Frank W. DeBorde <br> Georgia Bar No. 215415 <br> Lisa Wolgast <br> Georgia Bar No. 773399 <br> MORRIS, MANNING & MARTIN, LLP <br> 1600 Atlanta Financial Center <br> 3343 Peachtree Road, N.E. <br> Atlanta, Georgia  30326 <br> (404) 233-7000 <br> *Attorneys for Plaintiff* | By:__/s/ Andrea M. Booher (w/ permission by L. Wolgast)_____ <br> Michael V. Coleman <br> Georgia Bar No. 177635 <br> Andrea M. Booher <br> Georgia Bar No. 066181 <br> EPSTEIN BECKER & GREEN PC <br> 945 E. Paces Ferry Road, Ste 2700 <br> Atlanta, Georgia 30326 <br> (404) 923-9000 <br><br> *Attorneys for Defendants* |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| FIRST CITIZENS BANK ) <br> AND TRUST COMPANY, INC. ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SCANTECH HOLDINGS LLC, ) <br> IDENTIFICATION BEAM ) <br> SYSTEMS LLC, ) <br> DANIEL B. COWART, ) <br> JOHN REDMOND, ) <br> JAMES A. BLACKWELL, and ) <br> DOLAN P. FALCONER, ) <br> ) <br> Defendants. ) <br> _____) | CIVIL ACTION <br> FILE NO. 1:11-cv-00196-RWS |

## CERTIFICATE OF SERVICE

I certify that I have this day served the foregoing **STIPULATION OF DISMISSAL** on Defendants by mailing a copy thereof by first-class mail to:

Michael V. Coleman
Andrea M. Booher
EPSTEIN BECKER & GREEN, P.C.
945 E. Paces Ferry Road, Suite 2700
Atlanta, Georgia 30326

I further certify that I have this day filed this Certificate of Service with the Clerk of this Court using the CM/ECF system, which will automatically send email notification of such filing to the following attorney of record, who is a registered

- 3 -

- 4 -

participant in the Court's electronic notice and filing system and who may access said filing via the Court's CM/ECF System:

Michael V. Coleman
mcoleman@ebglaw.com

Andrea M. Booher
abooher@ebglaw.com

  This 10th day of June, 2011.

             Respectfully submitted,

             **MORRIS, MANNING & MARTIN, LLP**

             By: /s/ Lisa Wolgast_____

3343 Peachtree Road, N.E.    Lisa Wolgast
Suite 1600          Georgia Bar No. 773399
Atlanta, Georgia 30326
(404) 233-7000        *Attorneys for Plaintiff*